UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SONJA BELL, on behalf of herself and others similarly situated | ) ) | CIVIL ACTION NO. |
| Plaintiffs | ) | 3:11-CV-01816 (WWE) |
| | ) | |
| v. | ) | |
| | ) | |
| LAW OFFICES HOWARD LEE SCHIFF, P.C., JEANINE DUMONT, ESQ., AND HEATH TIBERIO, ESQ. | ) ) ) | |
| Defendants | ) ) | DECEMBER 23, 2011 |

**DEFENDANTS'**
**ANSWER AND AFFIRMATIVE DEFENSES**

### I.     NATURE OF ACTION

1. As to Paragraph One, the defendant does not contest that this action is brought as a class action by Plaintiff under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq*. and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. §§ 45-110a, *et seq*. The defendants deny that they violated the FDCPA, CUTPA or any other state or federal laws.

2. As to Paragraph Two, the defendants deny.

3. As to Paragraph Three, the defendants deny.

4. As to Paragraph Four, the defendants deny.

5. As to Paragraph Five, the defendants deny.

6. As to Paragraph Six, the defendants deny.

1

7. As to Paragraph Seven, the defendants deny knowledge and information sufficient to form a belief and therefore leave the plaintiff to her proof. To the extent the defendants can respond, the defendants deny.

8. As to Paragraph Eight, the defendants admit that the plaintiff is seeking statutory, additional, compensatory, and punitive damage and such other relief as the Court shall determine under CGS § 42-110g(b), 15 USC 1692k(a)(2)(A), 15 USC § 1692k(a)(2)(B), and 15 USC § 1692k(d). The defendants deny that they violated any state or federal statute and further deny that the plaintiff is entitled to any relief.

## II.     JURISDICTION

9. As to Paragraph Nine, the defendants do not respond to allegations relative to jurisdiction as these allegations are legal conclusions for which no response is required.

10. As to Paragraph Ten, the defendants do not respond to allegations relative to jurisdiction as these allegations are legal conclusions for which no response is required.

11. As to Paragraph Eleven, the defendants do not respond to allegations relative to jurisdiction as these allegations are legal conclusions for which no response is required.

12. As to Paragraph Twelve, the defendants do not respond to allegations relative to jurisdiction as these allegations are legal conclusions for which no response is required.

13. As to Paragraph Thirteen, the defendants do not respond to allegations relative to jurisdiction as these allegations are legal conclusions for which no response is required.

14. As to Paragraph Fourteen, the defendants do not respond to allegations relative to venue as these allegations are legal conclusions for which no response is required.

### III.  PARTIES

**A.  Plaintiff**

15. As to Paragraph Fifteen, the defendants deny knowledge and information sufficient to form a belief and therefore leave the plaintiff to her proof.

**B.  Defendants**

16. As to Paragraph Sixteen, the defendants admit.

17. As to Paragraph Seventeen, the defendants deny, except to admit that the collection of debts for third parties is part of their business practice.

18. As to Paragraph Eighteen, the defendants do not respond as the allegations in this Paragraph are legal conclusions for which no response is required.

19. As to Paragraph Nineteen, the defendants do not respond as the allegations in this Paragraph are legal conclusions for which no response is required.

20. As to Paragraph Twenty, the defendants admit.

21. As to Paragraph Twenty-One, the defendants admit.

### IV.  CLASS ALLEGATIONS

**A.  Numerosity**

22. As to Paragraph Twenty-Two, the defendants, repeat, re-allege and incorporate their responses from Paragraphs One through Twenty-One as if more fully stated herein in Paragraph Twenty-Two.

23. As to Paragraph Twenty-Three, the defendants deny.

24. As to Paragraph Twenty-Four, the defendants denies knowledge and information sufficient to form a belief and therefore leaves the plaintiff to her proof. Defendants deny any violation of state or federal law.

25. As to Paragraph Twenty-Five, the defendants deny knowledge and information sufficient to form a belief as to "Plaintiff's preliminary estimation." In so far as defendants can respond, the defendants deny.

26. As to Paragraph Twenty-Six, the defendants deny.

**B.** **Common Questions of Law or Fact**

27. As to Paragraph Twenty-Seven, the defendants repeat, re-allege and incorporate their response from Paragraphs One through Twenty-Six as if more fully stated herein in Paragraph Twenty-Seven.

28. As to Paragraph Twenty-Eight, defendants do not respond as the allegations in this Complaint speak for themselves. Defendants deny any violation of state or federal law.

29. As to Paragraph Twenty-Nine, the defendants do not respond as the allegations in this Complaint speak for themselves. Defendants deny any violation of state or federal law.

30. As to Paragraph Thirty, the defendants do not respond as the allegations in this Complaint speak for themselves. Defendants deny any violation of state or federal law.

31. As to Paragraph Thirty-One, the defendants deny.

**C.** **Claims of the representative Party is Typical of the Claims of the Class**

32. As to Paragraph Thirty-Two, the defendants repeat-re-allege and incorporate their responses from Paragraphs One through Thirty-One as if more fully stated herein in Paragraph Thirty-Two.

33.     As to Paragraph Thirty-Three, the defendants deny.

**D.      Plaintiff Will Fairly and Adequately Protect the Interest of the Class**

34.     As to Paragraph Thirty-Four, the defendants deny knowledge and information sufficient to form a belief and therefore leave the plaintiff to her proof.

35.     As to Paragraph Thirty-Five, the defendants deny knowledge and information sufficient to form a belief and therefore leave the plaintiff to her proof.

36.     As to Paragraph Thirty-Six, the defendants deny knowledge and information sufficient to form a belief and therefore leave the plaintiff to her proof.

37.     As to Paragraph Thirty-Seven, the defendants deny knowledge and information sufficient to form a belief and therefore leave the plaintiff to her proof.

38.     As to Paragraph Thirty-Eight, the defendants deny knowledge and information sufficient to form a belief and therefore leave the plaintiff to her proof.

39.     As to Paragraph Thirty-Nine, the defendants deny knowledge and information sufficient to form a belief and therefore leave the plaintiff to her proof.

40.     As to Paragraph Forty, the defendants deny knowledge and information sufficient to form a belief and therefore leave the plaintiff to her proof.

**V.     CLASS WIDE ALLEGATIONS OF FALSE, MISLEADING, AND DECEPTIVE PRACTICES**

41.     As to Paragraph Forty-One, the defendants repeat-re-allege and incorporate their responses from Paragraphs One through Thirty-Nine as if more fully stated herein in Paragraph Forty-One.

42.     As to Paragraph Forty-Two, the defendants deny.

43.     As to Paragraph Forty-Three, the defendants deny.

4867500v.1

44. As to Paragraph Forty-Four, the defendants deny.

45. As to Paragraph Forty-Five, the defendants deny.

46. As to Paragraph Forty-Six, the defendants do not respond as the allegations in this Paragraph are legal conclusions for which no response is required.

47. As to Paragraph Forty-Seven, the defendants do not respond as the allegations in this Paragraph are legal conclusions for which no response is required.

48. As to Paragraph Forty-Eight, the defendants do not respond as the allegations in this Paragraph are legal conclusions for which no response is required.

49. As to Paragraph Forty-Nine, the defendants do not respond as the allegations in this Paragraph are legal conclusions for which no response is required.

50. As to Paragraph Fifty, the defendants do not respond as the allegations in this Paragraph are legal conclusions for which no response is required.

51. As to Paragraph Fifty-One, the defendants deny.

52. As to Paragraph Fifty-Two, the defendants deny.

53. As to Paragraph Fifty-Three, the defendants deny.

## VI.    NAMED PLAINTIFF ALLEGATIONS

54. As to Paragraph Fifty-Four, the defendants admit.

55. As to Paragraph Fifty-Five, the defendants deny knowledge and information sufficient to form a belief, except to admit that the defendants alleged the plaintiff owed for certain credit card charges.

56. As to Paragraph Fifty-Six, the defendants do not respond as the allegations in this Paragraph are legal conclusions for which no response is required.

57. As to Paragraph Fifty-Seven, the defendants do not respond as the allegations in this Paragraph are legal conclusions for which no response is required.

58. As to Paragraph Fifty-Eight, the defendants admit.

59. As to Paragraph Fifty-Nine, the defendants denies, except to admit that the collection of debts is part of their business practice.

60. As to Paragraph Sixty, the defendants admit.

61. As to Paragraph Sixty-One, the defendants deny, except to admit that the collection of debts is part of their business practice.

62. As to Paragraph Sixty-Two, the defendants deny, except to admit that the collection of debts is part of their business practice.

63. As to Paragraph Sixty-Three, the defendants do not respond as the allegations in this Paragraph are legal conclusions for which no response is required.

64. As to Paragraph Sixty-Four, the defendants admit.

65. As to Paragraph Sixty-Five, the defendants admit.

66. As to Paragraph Sixty-Six, the defendants admit.

67. As to Paragraph Sixty-Seven, the defendants do not respond as the Motion for Default for Failure to Plead is a document that speaks for itself.

68. As to Paragraph Sixty-Eight, the defendants do not respond as the envelope, which is attached to the plaintiff's Complaint as **Exhibit B** is a document that speaks for itself.

69. As to Paragraph Sixty-Nine, the defendants admit.

70. As to Paragraph Seventy, the defendants admit.

71. As to Paragraph Seventy-One, the defendants do not respond as the document, which is attached to the plaintiff's Complaint as **Exhibit A**, speaks for itself. Defendants deny that any filing was "false."

72. As to Paragraph Seventy-Two, the defendants deny that there was a "problem." As to the remaining allegations, the defendants admit.

73. As to Paragraph Seventy-Three, the defendants admit.

74. As to Paragraph Seventy-Four, the defendants admit.

75. As to Paragraph Seventy-Five, the defendants do not respond as the Motion to Open Default dated March 16, 2011 is a document that speaks for itself. In so far as the defendants can respond, the defendants admit that a Motion to Open Default was filed on 3/16/2011.

76. As to Paragraph Seventy-Six, the defendants do not respond as the March 22, 2011 Objection to Defendant's Motion to Open Default, which is attached to the plaintiff's Complaint as **Exhibit C**, is a document that speaks for itself.

77. As to Paragraph Seventy-Seven, the defendants do not respond as the Reply to Objection to Open Default dated March 25, 2011, is a document that speaks for itself.

78. As to Paragraph Seventy-Eight, the defendants deny.

79. As to Paragraph Seventy-Nine, the defendants do not respond as the document attached to the plaintiff's Complaint as **Exhibit C** speaks for itself. To the extent the defendants respond, the defendants deny the plaintiff's characterization of the defendants' arguments.

4867500v.1

80. As to Paragraph Eighty, the defendants do not respond as the document attached to the plaintiff's Complaint as **Exhibit C** speaks for itself.

81. As to Paragraph Eighty-One, the defendants do not respond as the document attached to the plaintiff's Complaint as **Exhibit C** speaks for itself.

82. As to Paragraph Eighty-Two, the defendants do not respond as the allegations in this Paragraph are legal conclusions for which no response is required.

83. As to Paragraph Eighty-Three, the defendants do not respond as the allegations in this Paragraph are legal conclusions for which no response is required.

84. As to Paragraph Eighty-Four, the defendants do not respond as the allegations in this Paragraph are legal conclusions for which no response is required.

85. As to Paragraph Eighty-Five, the defendants admit.

86. As to Paragraph Eighty-Six, the defendants deny.

87. As to Paragraph Eighty-Seven, the defendants deny.

88. As to Paragraph Eighty-Eight, the defendants deny.

## VII.   CLAIMS

### A.   First Claim – Violation of FDCPA

#### i.   Count I – Violations of FDCPA – Defendant Tiberio

89. As to Paragraph Eighty-Nine, the defendants repeat-re-allege and incorporate their responses from Paragraphs One through Eighty-Eight as if more fully stated herein in Paragraph Eighty-Nine.

90. As to Paragraph Ninety, the defendants admit.

91. As to Paragraph Ninety-One, the defendants do not respond as the document identified as a Motion for Default filed on November 22, 2010 is a document that speaks for itself.

92. As to Paragraph Ninety-Two, the defendants deny.

93. As to Paragraph Ninety-Three, the defendants do not respond as the document envelope, which is attached to the plaintiff's Complaint as **Exhibit B**, speaks for itself.

94. As to Paragraph Ninety-Four, the defendants do not respond as the allegations in this Paragraph are legal conclusions for which no response is required.

95. As to Paragraph Ninety-Five, the defendants do not respond as the allegations in this Paragraph are legal conclusions for which no response is required.

96. As to Paragraph Ninety-Six, the defendants admit.

97. As to Paragraph Ninety-Seven, the defendants deny.

98. As to Paragraph Ninety-Eight, the defendants deny.

99. As to Paragraph Ninety-Nine, the defendants do not respond as the document attached to the plaintiff's Complaint as **Exhibit A**, speaks for itself.

100. As to Paragraph One Hundred, the defendants deny, except to admit that they filed a Motion for Judgment on January 18, 2011.

101. As to Paragraph One Hundred-One, the defendants do not respond as the document identified as a Motion for Judgment filed on January 18, 2011 speaks for itself.  In so far as defendants respond, defendants deny that the certification was "false."

102. As to Paragraph One Hundred-Two, the defendants admit as the certification was not "false."

103. As to Paragraph One Hundred-Three, the defendants admit as the certification was not "false."

104. As to Paragraph One Hundred –Four, the defendants admit as they do not have a "habit and practice of filing false certified documents" and deny any violation of federal or state law.

105. As to Paragraph One Hundred-Five, the defendants deny.

106. As to Paragraph One Hundred-Six, the defendants deny.

107. As to Paragraph One Hundred-Seven, the defendants deny.

### ii.     Count II – Violations of FDCPA – Defendant Dumont

108. As to Paragraph One Hundred-Eight, the defendants repeat-re-allege and incorporate their responses from Paragraphs One through One Hundred-Seven as if more fully stated herein in Paragraph One Hundred-Eight.

109. As to Paragraph One Hundred-Nine, the defendants deny.

110. As to Paragraph One Hundred-Ten, the defendants deny.

111. As to Paragraph One Hundred-Eleven, the defendants deny.

112. As to Paragraph One Hundred-Twelve, the defendants deny.

### iii.    Count III – Violations of FDCPA – Defendant HLS

113. As to Paragraph One Hundred-Thirteen, the defendants repeat-re-allege and incorporate their responses from Paragraphs One through One Hundred-Twelve as if more fully stated herein in Paragraph One Hundred-Thirteen.

114. As to Paragraph One Hundred-Fourteen, the defendants do not respond as the document attached to plaintiff's Complaint as **Exhibit C** speaks for itself.

4867500v.1

115. As to Paragraph One Hundred-Fifteen, the defendants do not respond as the document attached to plaintiff's Complaint as **Exhibit C** speaks for itself. In so far as defendants respond, defendants deny.

116. As to Paragraph One Hundred-Sixteen, the defendants deny.

117. As to Paragraph One Hundred-Seventeen, the defendants deny.

118. As to Paragraph One Hundred-Eighteen, the defendants deny.

119. As to Paragraph One Hundred-Nineteen, the defendants deny.

120. As to Paragraph One Hundred-Twenty, the defendants deny.

121. As to Paragraph One Hundred-Twenty-One, the defendants deny.

122. As to Paragraph One Hundred-Twenty-Two, the defendants deny.

B. **Second Claim – Violations of CUTPA**

    i. **Count II- Violations of CUTPA- Defendant Tiberio**

123. As to Paragraph One Hundred-Twenty-Three, the defendants repeat-re-allege and incorporate their responses from Paragraphs One through One Hundred-Thirteen as if more fully stated herein in Paragraph One Hundred-Twenty-Three.

124. As to Paragraph One Hundred-Twenty-Four the defendants deny.

125. As to Paragraph One Hundred-Twenty-Five, the defendants deny.

126. As to Paragraph One Hundred-Twenty-Six, the defendants deny.

127. As to Paragraph One Hundred-Twenty-Seven, the defendants deny knowledge and information sufficient to form a belief and therefore leave the plaintiff to her proof.

128. As to Paragraph One Hundred-Twenty-Eight the defendants deny.

### ii. Count II- Violations of CUTPA- Defendant Dumont

129. As to Paragraph One Hundred-Twenty-Nine, the defendants repeat-re-allege and incorporate their responses from Paragraphs One through One Hundred-Eighteen as if more fully stated herein in Paragraph One Hundred-Twenty-Nine.

130. As to Paragraph One Hundred-Thirty the defendants deny.

131. As to Paragraph One Hundred-Thirty-One, the defendants deny.

132. As to Paragraph One Hundred-Thirty-Two, the defendants deny.

133. As to Paragraph One Hundred-Thirty-Three, the defendants deny knowledge and information sufficient to form a belief and therefore leave the plaintiff to her proof.

### iii. Count II- Violations of CUTPA- Defendant HLS

134. As to Paragraph One Hundred-Thirty-Four, the defendants deny.

135. As to Paragraph One Hundred-Thirty-Five, the defendants repeat-re-allege and incorporate their responses from Paragraphs One through One Hundred-Twenty-Four as if more fully stated herein in Paragraph One Hundred-Thirty-Five.

136. As to Paragraph One Hundred-Thirty-Six, the defendants deny.

137. As to Paragraph One Hundred-Thirty-Seven, the defendants deny.

138. As to Paragraph One Hundred-Thirty-Eight, the defendants deny.

139. As to Paragraph One Hundred-Thirty-Nine, the defendants deny knowledge and information sufficient to form a belief and therefore leave the plaintiff to her proof.

140. As to Paragraph One Hundred-Forty, the defendants deny.

C.  **Third Claim – Civil Conspiracy**

  i.  **Count I – Civil Conspiracy as to All Defendants**

141. As to Paragraph One Hundred-Forty-One, the defendants repeat-re-allege and incorporate their responses from Paragraphs One through One Hundred-Forty as if more fully stated herein in Paragraph One Hundred-Forty-One.

142. As to Paragraph One Hundred-Forty-Two, the defendants do not respond as the allegations in this Paragraph are legal conclusions for which no response is required.

143. As to Paragraph One Hundred-Forty-Three, the defendants do not respond as the allegations in this Paragraph are legal conclusions for which no response is required.

144. As to Paragraph One Hundred-Forty-Four, the defendants deny.

145. As to Paragraph One Hundred-Forty-Five, the defendants deny.

146. As to Paragraph One Hundred-Forty-Six, the defendants deny.

147. As to Paragraph One Hundred-Forty-Seven, the defendants deny.

D.  **Fourth Claim – Vicarious Liability**

  i.  **Count I – Vicarious Liability**

148. As to Paragraph One Hundred-Forty-Eight, the defendants deny.

149. As to Paragraph One Hundred-Forty-Nine, the defendants repeat-re-allege and incorporate their responses from Paragraphs One through One Hundred-Forty-Eight as if more fully stated herein in Paragraph One Hundred-Forty-Nine.

150. As to Paragraph One Hundred-Fifty, the defendants do not respond as the allegations in this Paragraph are legal conclusions for which no response is required.

151. As to Paragraph One Hundred-Fifty-One, the defendants do not respond as the allegations in this Paragraph are legal conclusions for which no response is required.

## AFFIRMATIVE DEFENSES

1. Plaintiff's Complaint fails to set forth a cause of action for which relief may be granted.

2. Plaintiff has failed to sustain any actual damage in this case.

3. Plaintiff is not entitled to declaratory relief under the Fair Debt Collection Practices Act.

4. Plaintiff has brought this claim without conducting a good faith inquiry into the validity of his cause of action. This claim has been brought in bad faith and without substantial justification.

5. Plaintiff has failed to set forth a claim for relief under the pended state law claims.

6. Pursuant to 15 USC § 1692k, this action has been brought in bad faith and for the purpose of harassment. As such the court should award to the Defendant, attorney's fees reasonable in relation to the work expended and costs.

7. Defendants' statements, which were made during the course of litigation, are protected by doctrine of absolute privilege.

**WHEREFORE,** defendants requests that judgment be entered in their favor and that they be awarded the costs and attorneys' fees incurred in its defense together with such other and further relief the Court shall deem just and proper.

Dated:    December 23, 2011
          New York, New York

        Yours, etc.

        WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER LLP


By:  <u>*Thomas A. Leghorn (ct22106)*</u>
      Thomas A. Leghorn
      Jill E. Alward
      Attorneys for
      JEANINE DUMONT, ESQ., LAW
      OFFICES HOWARD LEE SCHIFF AND
      HEATH TIBERIO
      150 East 42nd Street
      New York, New York 10017-5639
      (212) 490-3000
      File No. TBD

**4867500v.1**

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 23, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

J. Hanson Guest, Esq.
151 New Park Ave.
Hartford, CT 06106

              *Thomas A. Leghorn*
              Thomas A. Leghorn