# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SONJA BELL, | : | |
| | : | |
| Plaintiff, | : | NO. 3:11cv1816 (WWE) |
| | : | |
| v. | : | |
| | : | |
| HOWARD LEE SCHIFF PC, | : | |
| JEANINE DUMONT, HEATH TIBERIO, | : | |
| | : | |
| | : | |
| Defendants. | : | |

## **JUDGMENT**

This matter came on for consideration on Defendants' Motion for Summary Judgment before the Honorable Warren W. Eginton, Senior United States District Judge. After reviewing all of the papers filed in conjunction with the motion, a Ruling entered on December 3, 2013 granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants Howard Lee Schiff, Jeanine Dumont and Heath Tiberio and the case is closed.

Dated at Bridgeport, Connecticut, this 3rd day of December 2013.

ROBIN D. TABORA, CLERK
By

 /s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi,
Deputy Clerk

EOD:  12/3/2013